## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMAR TINDLE, | : | No. 47 EM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARK GARMAN, SUPERINTENDENT, ET AL., | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and Application for an Immediate Hearing are DENIED.